IN THE SUPREME COURT OF TEXAS

 No. 11-0084

 IN RE ASTEC UNDERGROUND, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion to stay proceedings, filed February
7, 2011, is granted. All trial court proceedings in Cause No. C-2034-08-A,
styled Cynthia Cantu-Sapien, Individually and as Representative of the
Estate of Angel Sapien, Deceased, and as next friend of Alyssa Anne Sapien
and Angel Sapien, Jr., Minors, and Amanda Maria Sapien, Jacob Sapien, and
Sundie Sapien, All Individually v. Juan Mendoza Corporationd/b/a JM
Construction, Gabriel Carrillo d/b/a Cage Utility Group; Astec Underground,
Inc., Both Individually and d/b/a Astec and Astec Industries; Doggett Heavy
Machinery Services, Ltd. and Doggett Heavy Machinery Services LLC, in the
92nd District Court of Hidalgo County, Texas, are stayed pending further
order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., February
22, 2011.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 07, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk